UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSE HENDRIX                                                                        PLAINTIFF

v.                                                                Civil No. 1:18-cv-00114-GHD-DAS

EVERGREEN HAULING                                                                DEFENDANT

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR
ATTORNEY'S FEES AND COSTS

For the reasons set forth in the memorandum opinion issued this day, the Court ORDERS that Plaintiff's motion for attorney's fees and costs [12] is GRANTED in PART and DENIED in Part. Plaintiff is awarded $6,000.75 in attorney's fees and $500.00 in costs.

SO ORDERED, this the 7th day of January, 2019.

_____
SENIOR U.S. DISTRICT JUDGE